# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY 12 AM 8:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

ZOYLA RUIZ-POZUELOS,

           Defendant.

CASE NO. 10CR1407-JM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: <u>8:1326 (a) and (b)</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/11/10

_____
JAN M. ADLER
UNITED STATES ~~DISTRICT~~ JUDGE
                ^ magistrate

ENTERED ON _____